UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DIARIOU TOUNKARA,

Plaintiff,

-against-

BURLINGTON COAT FACTORY OF TEXAS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026____

26 Civ. 3941 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On May 12, 2026, Defendant, Burlington Coat Factory of Texas, filed a notice of removal from the Supreme Court, Bronx County.  *See* ECF No. 1.

Accordingly, by **May 26, 2026**, Plaintiff shall appear in this action and advise the Court whether it intends to contest removal, and if so, on what basis.  Defendant shall promptly serve this order on Plaintiff, and file proof of service on the docket by **May 18, 2026**.

SO ORDERED.

Dated: May 13, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge